**SEALED**

**FILED**
JUN 12 2024
BONNIE HACKLER
Clerk, U.S. District Court
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

HERMAN WILL SANDERS, JR.,

    *Defendant.*

SEALED

Case No. CR 24-088 RAW

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

**DISTRIBUTION OF METHAMPHETAMINE**
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]

On or about June 5, 2023, in the Eastern District of Oklahoma, the defendant, **HERMAN WILL SANDERS, JR.**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

*/s/ Richard J. Lorenz*
RICHARD J. LORENZ, PA Bar #314423
Assistant United States Attorney